NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**CHRISTOPHER GRANTHAM,**
*Plaintiff-Appellant,*

**v.**

**UNITED STATES,**
*Defendant-Appellee.*

---

2014-5118

---

Appeal from the United States Court of Federal Claims in No. 1:13-cv-00981-LB, Judge Lawrence J. Block.

---

**ON MOTION**

---

**O R D E R**

Christopher Grantham submits a motion for leave to proceed in forma pauperis, which the court also construes as a motion to reinstate his appeal after being dismissed for failure to pay the court's docketing fee.

Mr. Grantham is currently incarcerated. He must therefore submit Federal Circuit Form 6A, the Supplemental In Forma Pauperis Form for Prisoners.

2                                GRANTHAM v. US

Upon consideration thereof,

IT IS ORDERED THAT:

Mr. Grantham is directed to complete and return Federal Circuit Form 6A (enclosed) within 30 days of the date of this order.  If Mr. Grantham does not do so, his motion will be denied.

FOR THE COURT

/s/ Daniel E. O'Toole
Daniel E. O'Toole
Clerk of Court

s24